# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David E. Simpson,

    Plaintiff,

vs.

Robert Leas, etc., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

3-10-cv-481-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2010 Order.

Signed: December 1, 2010

Frank G. Johns, Clerk
United States District Court